```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 05 B 35283
    SYLVIA A WILLIAMS
                                           CHAPTER 13

                                           JUDGE: JACQUELINE P COX

             Debtor
    SSN XXX-XX-3669


-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 09/02/2005 and was confirmed 11/07/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 11/17/2008.
-------------------------------------------------------------------------------
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMERICA SERVICING COMPAN | CURRENT MORTG | .00 | .00 | .00 |
| DRIVE FINANCIAL SERVICES | SECURED | 12925.00 | 2037.20 | 7851.59 |
| DRIVE FINANCIAL SERVICES | UNSECURED | 420.26 | .00 | .00 |
| HSBC MORTGAGE SERVICES | CURRENT MORTG | .00 | .00 | .00 |
| AMERICAN GENERAL FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| PEOPLES GAS LIGHT & COKE | UNSECURED | .00 | .00 | .00 |
| AMERICA SERVICING COMPAN | MORTGAGE ARRE | 293.42 | .00 | 293.42 |
| HSBC MORTGAGE SERVICES | MORTGAGE ARRE | 1377.04 | .00 | 925.68 |
| AMERICAS SERVICING COMPA | NOTICE ONLY | NOT FILED | .00 | .00 |
| DRIVE FINANCIAL SERVICES | NOTICE ONLY | NOT FILED | .00 | .00 |
| HSBC MORTGAGE SERVICES | NOTICE ONLY | NOT FILED | .00 | .00 |
| AMERICAN GENERAL FINANCE | NOTICE ONLY | NOT FILED | .00 | .00 |
| PEOPLES GAS LIGHT & COKE | NOTICE ONLY | NOT FILED | .00 | .00 |
| WELLS FARGO AUTO FINANCE | SECURED NOT I | 15824.41 | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 1005.32 | .00 | .00 |
| GLENDA J GRAY | DEBTOR ATTY | 2,200.00 | | 2,200.00 |
| TOM VAUGHN | TRUSTEE | | | 850.39 |
| DEBTOR REFUND | REFUND | | | .00 |

```
          Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                    14,158.28

PRIORITY                                        .00
SECURED                                    9,070.69
    INTEREST                               2,037.20
UNSECURED                                       .00
ADMINISTRATIVE                             2,200.00
TRUSTEE COMPENSATION                         850.39
DEBTOR REFUND                                   .00
```

                    PAGE  1 - CONTINUED ON NEXT PAGE
```
          CASE NO. 05 B 35283 SYLVIA A WILLIAMS
```

```
                            ---------------      ---------------
TOTALS                           14,158.28            14,158.28
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                  /s/ Tom Vaughn
    Dated: 02/24/09              _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE